

U.S. Department of Justice

*United States Attorney*
*Eastern District of New York*

*271 Cadman Plaza East-7th Floor*
*Brooklyn, NY 11201*

**BY ECF**  August 9, 2023
The Honorable Nina R. Morrison
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *F.C.C., et al. v. United States of America*, Case No. 2:22-cv-5057 (NRM) (JMW)

Dear Judge Morrison:

    This Office represents the United States of America ("Defendant") in the above-captioned matter. This Office respectfully writes on behalf of all parties to jointly request a one-week extension, from August 14, 2023 to August 21, 2023, of the deadline for the parties to complete limited venue discovery and file additional materials with the Court related to Defendants' motion to transfer venue, and a concomitant one-week extension, from August 29, 2023 to September 5, 2023, of the deadline for Plaintiffs to file an amended complaint. *See* June 15, 2023 and July 16, 2023 Docket Entries. The parties respectfully request this extension because the parties are evaluating whether they might be able to resolve the venue issue via stipulation.

    This is the second joint request for an extension of these deadlines. On July 16, 2023, the Court granted the parties' joint request for a two-week extension of the deadline for the parties to endeavor to exchange limited venue discovery and a concomitant extension of related deadlines.

    Thank you for Your Honor's consideration of this joint request.

                                 Respectfully submitted,

                                 BREON PEACE
                                 United States Attorney

             By:    */s/ Kimberly A. Francis*
                      Kimberly A. Francis
                      Christopher D. Volpe
                      Assistant U.S. Attorneys
                      718-254-6147
                      718-254-6188
                      kimberly.francis@usdoj.gov
                      christopher.volpe@usdoj.gov

cc:    Matthew K. Handley, Esq. (by ECF)
        Rachel Nadas, Esq. (by ECF)