```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-----------------------------------------X                STIPULATION & ORDER
                                                          TO TRANSFER VENUE
F.C.C., *on his own behalf and on behalf of his*
*minor child, A.C.L.*,                                    Civil Action
                                                          No. 2:22-cv-5057
                              Plaintiffs,
                                                          (Morrison, J.)
              - against -                                 (Wicks, M.J.)

UNITED STATES OF AMERICA,

                              Defendant.

-----------------------------------------X
```

**WHEREAS,** plaintiff F.C.C. commenced this action on behalf of himself and his minor child, A.C.L.,[1] pursuant to the Federal Tort Claims Act, 28 U.S.C. §§ 1346(b), 2671-2680, asserting multiple tort claims against defendant United States of America;

**WHEREAS**, the Government has moved to transfer venue to the District of Arizona pursuant to 28 U.S.C. §§ 1402(b) and 1404;

**WHEREAS**, the Government has produced to Plaintiff certain information relating to venue pursuant to the Court's June 15, 2023 Order and July 16, 2023 Scheduling Order;

**WHEREAS**, Plaintiffs maintain that venue is proper in this district but also assert that venue is proper in the United States District Court for the District of Columbia because Plaintiffs contend that such district is a judicial district where one or more acts or omissions complained of occurred, including where the authorization for Plaintiff A.C.L.'s placement with MercyFirst shelter was made[2];

**WHEREAS**, Plaintiffs propose to transfer this action to the United States District Court for the District of Columbia;

---

[1] Plaintiffs are proceeding in this action pseudonymously. *See* ECF No. 13.
[2] The document that Plaintiffs contend supports this position has been marked confidential by Defendant. If the Court desires to see this document, Plaintiffs can produce it under seal.

*F.C.C. v. United States of America*, 2:22-cv-5057 (NRM) (JMW)
Stipulation and Order to Transfer Venue
Page 2

**WHEREAS,** Defendant does not object, but waives no argument with respect to venue or jurisdiction:

**IT IS NOW HEREBY STIPULATED AND AGREED** by and between Plaintiffs and Defendant to the above-referenced action, by their respective undersigned attorneys, that this action shall be transferred pursuant to 28 U.S.C § 1404(a) and/or 28 U.S.C § 1406(a) to the United States District Court for the District of Columbia.

Dated: August 16, 2023
Washington, D.C.

HANDLEY FARAH & ANDERSON PLLC
*Attorneys for Plaintiffs*
1201 Connecticut Ave., NW
Suite 200k
Washington, DC 20036

By: /s/ Matthew K. Handley
Matthew K. Handley
Rachel Nadas
(202) 559-2411
(202) 899-2991
mhandley@hfajustice.com
rnadas@hfajustice.com

Dated: August 16, 2023
Brooklyn, New York

BREON PEACE
United States Attorney
*Attorney for Defendant*
Eastern District of New York
271-A Cadman Plaza East
Brooklyn, New York 11201

By: /s/ *Kimberly A. Francis*
Kimberly A. Francis
Christopher D. Volpe
(718) 254-6147
(718) 254-6188
kimberly.francis@usdoj.gov
christopher.volpe@usdoj.gov

*F.C.C. v. United States of America*, 2:22-cv-5057 (NRM) (JMW)
Stipulation and Order to Transfer Venue
Page 3

SO-ORDERED this
\_\_\_\_ day of _____, 2023

_____
HONORABLE NINA R. MORRISON
UNITED STATES DISTRICT JUDGE
EASTERN DISTRICT OF NEW YORK